IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


LANCE HENDERSON,

        Plaintiff,        CV F 07 0706 OWW WMW PC

   vs.                FINDINGS AND RECOMMENDATION RE
                         MOTION FOR PRELIMINARY INJUNCTION  (DOC 13)


D. G. ADAMS, et al.,

        Defendants.


      Plaintiff has filed a motion seeking preliminary injunctive relief.  Plaintiff, an inmate in the custody of the California Department of Corrections and Rehabilitation at CSP Corcoran, is proceeding against correctional officials employed by the CDCR at CSP Corcoran.  Plaintiff sets forth claims of denial of access to the law library and legal materials.

      Along with this finding and recommendation, an order will issue, dismissing the complaint for failure to state a claim and granting Plaintiff leave to file an amended complaint. The complaint was dismissed because Plaintiff failed to allege facts indicating that he had suffered actual injury.  Further, in the complaint, Plaintiff set forth allegations of conduct regarding inmates in general.

      Plaintiff seeks a preliminary injunction.  Specifically, Plaintiff seeks an order directing CDCR officials to provide Plaintiff and other inmates greater access to legal materials.   The

claims Plaintiff sets forth in his complaint address the same concerns he sets forth in his motion. There is no operative pleading in this case. Plaintiff has not stated a claim as to any of the defendants, and no defendant has been served or filed a response. The court must have personal jurisdiction over the parties to be enjoined; it may not enjoin defendants not yet served or before the court. Zepeda v. United States I.N.S., 753 F.2d 719, 727 (9th Cir. 1983).

Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motion for injunctive relief be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within thirty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within ten days after service of the objections. The parties are advised that failure to file objections within the specified time waives all objections to the judge's findings of fact. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). Failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).


IT IS SO ORDERED.

**Dated:   February 21, 2008          /s/  William M. Wunderlich**
UNITED STATES MAGISTRATE JUDGE

2