IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


LANCE HENDERSON,

    Plaintiff,                     CV F 07 706 OWW WMW PC

    vs.                           ORDER RE: FINDINGS &
                                      RECOMMENDATIONS (#19)

HOFFMAN, et al.,

    Defendants.


        Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On February 21, 2008, findings and recommendations were entered, recommending denial of Plaintiff's motion for preliminary injunctive relief.   Plaintiff was provided an opportunity to file objections within thirty days.   Plaintiff has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on February 21, 2008, are adopted in full; and

2. Plaintiff's motion for preliminary injunctive relief is denied.

IT IS SO ORDERED.

**Dated:   March 28, 2008**                **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE